**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIZZA SERVICE, LTD., | ) | Case No. 09 B 31208 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he caused a true and correct copy of the attached **NOTICE FOR FINAL HEARING ON DEBTOR'S MOTION TO AUTHORIZE USE OF CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**, to be served upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 79 W. Monroe St., Chicago, Illinois 60603, on or before 5:00 p.m. on the 11th day of September, 2009.

/s/ Peter L Berk
Peter L Berk

Forrest L. Ingram
Peter Berk
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIZZA SERVICE, LTD., | ) | Case No. 09 B 31208 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |

**NOTICE FOR FINAL HEARING ON DEBTOR'S MOTION TO AUTHORIZE USE OF
CASH COLLATERAL AND GRANT ADEQUATE PROTECTION**

To creditors and other parties in interest of Pizza Service, Ltd.:

A final hearing will be held on Tuesday, October 6th, 2009, at 10:30 a.m. regarding the **Motion to Authorize Use of Cash Collateral and Grant Adequate Protection** (the "Motion") filed by the Debtor and Debtor in Possession, Pizza Service, Ltd.  The hearing is set before the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, in Courtroom 642, the Honorable Susan Pierson Sonderby presiding.

A copy of the Motion can be obtained online at www.ilnb.uscourts.gov, in person at the United States Bankruptcy Court, Seventh Floor, 219 South Dearborn Street, Chicago, IL, 60604, or by contacting the undersigned directly.

Written Objections to the Motion must be filed on or before September 29, 2009.

/s/ Peter L Berk
Peter Berk, Debtors' Attorney

Forrest L. Ingram
Peter L. Berk
79 W. Monroe, Suite 900
Chicago, IL 60603
312/759-2838

**SERVICE LIST**

Fifth Third Bank
Attn: Illinois Corporation Service Company
Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

Fifth Third Bank
346 West Carol Lane MDGOPS11
Elmhurst, IL 60126

Fifth Third Bank
Attn: Kevin T. Kabat
President and CEO
38 Fountain Square Plaza
Cincinnati, OH 45263

CIT Small Business Lending Corp.
Attn: CT Corporation System, Registered Agent
208 South LaSalle Street
Suite 814
Chicago, IL 60604

CIT Small Business Lending Corp.
One Cit Drive
Livingston, NJ 07039

D. Patrick Mullarkey
Tax Division
Department of Justice
PO Box 55
Ben Franklin Station
Washington, DC 20044

United States Attorney
219 South Dearborn Street
Chicago, IL 60644

Internal Revenue Service
Office of Regional Counsel
200 West Adams Street
Suite 2300
Chicago, IL 60606

Illinois Department of Revenue
101 West Jefferson Street
Springfield, IL 62702

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph St.
Chicago, IL 60606

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

Bank of America
Attn: Bankruptcy Dept.
475 Cross Point Pkway, PO Box 9000
Getzville, NY 14068-9000

Capital One Bank
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One National Association
PO Box 30273
Salt Lake City, UT 84130-0273

CCB Credit Services
5300 S. 6th Street
Springfield, IL 62703-5184

Corface Collections North America
PO Box 8510
Metairie, LA 70011

Domino's Pizza Franchising LLC
30 Frank Lloyd Wright Drive
Ann Arbor, MI 48106

Domino's Pizza LLC
30 Frank Lloyd Wright Drive
PO Box 997
Ann Arbor, MI 48106-0997

First Equity Card Corporation
PO Box 84075
Columbus, GA 31901-4075

First National Bank Omaha
P.O. Box 2818
Omaha, NE 68103-2818

FirstSource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228