## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| PIZZA SERVICE, LTD., | ) |
| | ) Case No. 09 B 31208 |
| Debtor and Debtor in Possession. | ) |
| | ) Hon. Susan Pierson Sonderby |
| | ) Hearing: 9/15/2009 at 10 a.m. |

### NOTICE AND ORDER SETTING BAR DATE

*Debtor's counsel is directed by September 17, 2009, to serve a copy of this Order on all creditors and to file proof of service with the Clerk.*

This bankruptcy case was filed on August 25, 2009, as a voluntary case under Chapter 11 of Title 11 of the United States Bankruptcy Code ("Bankruptcy Code").

### FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE:

(a) Claims of any governmental unit that arose prior to the case filing date are to be filed no later than March 5, 2010.

(b) All other claims that arose prior to the case filing date are to be filed by December 18, 2009.

All claims must be filed electronically via the Court's ECF system or at the following address: Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604.

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution. However, some parties may not need to file claims. See 11 U.S.C. § 1111(a).** Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim. Proof of claim forms can be obtained from the Clerk of the Bankruptcy Court or can be downloaded from the Bankruptcy Court website at http://www.ilnb.uscourts.gov.

Dated:

**SEP 15 2009**

BY THE COURT:

/s/ Susan Pierson Sonderby
Hon. Susan Pierson Sonderby
United States Bankruptcy Judge

Prepared by: Forrest L. Ingram, P.C.