IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIZZA SERVICE, LTD., | ) | Case No. 09 B 31208 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing: 10/13/2009 at 10:00 a.m. |

### ORDER AUTHORIZING REJECTION OF
### NON-RESIDENTIAL REAL ESTATE LEASE

This matter came to be heard on the Motion of the Debtor and Debtor In Possession, Pizza Service, Ltd. (the "Debtor"), to Reject Non-Residential Real Estate Lease, due and proper notice having been provided, and the Court being fully advised in the Premises, it is hereby ordered that the Motion is granted and:

1) The rejection of the lease for the Debtor's store located at 4005 Kane Avenue, Suite H, McHenry, Illinois (the "Leased Premises"), is authorized and approved as of ~~August 25,~~ 2009. *Oct. 5,*

Dated: OCT 21 2009

BY THE COURT:

_____
The Honorable Susan Pierson Sonderby
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram and Peter L. Berk