IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 11 |
| PIZZA SERVICE, LTD., | NO. 09 B 31208 |
| Debtor. | JUDGE Susan Pierson Sonderby |

## ORDER AUTHORIZING ABANDONMENT OF EQUIPMENT

This matter came to be heard on the Motion of the Debtor and Debtor in Possession, Pizza Service, LTD. (the "Debtor"), to Abandon Equipment, due and property notice having been provided, and the Court being fully advised in the Premises, it is hereby ordered that the Motion is granted and :

1) The Debtor is authorized to abandon the equipment located at 4005 Kane Avenue, Suite G, McHenry Illinois (the "Leased Premises").

2) That the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit HOME STATE BANK & TRUST to take all action necessary to take possession of the property commonly known as 4005 Kane Avenue, McHenry Illinois. *This paragraph takes effect upon the recovery of the inventory by CIT Small Business Lending Corp. (hereinafter "CIT"), upon receiving permission from CIT or upon November 11, 2009, whichever occurs first.*

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) does not apply to this Order.

BY THE COURT:

Forrest L. Ingram
& Peter L. Berk
Counsel for Pizza Service, Ltd.

BANKRUPTCY JUDGE

DATED: OCT 21 2009