IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | CHAPTER 11 |
| PIZZA SERVICE, LTD., | NO. 09 B 31208 |
| Debtor. | JUDGE SUSAN PIERSON SONDERBY |

### AMENDED ORDER AUTHORIZING ABANDONMENT OF EQUIPMENT

This matter came to be heard on the Motion of the Debtor and Debtor in possession, Pizza Service, LTD. (the "Debtor"), to Abandon Equipment, due and property notice having been provided, and the Court being fully advised in the Premises, it is hereby ordered that the Motion is granted and:

1) The Debtor is authorized to abandon the equipment located at 4005 Kane Avenue, Suite G, McHenry Illinois (the "Leased Premises").

2) That the restraining provisions of §362 of the Bankruptcy Code be and the same are hereby modified to permit HOME STATE BANK & TRUST Number 4255 to take all action necessary to take possession of the property commonly known as 4005 Kane Avenue, McHenry, Illinois. This paragraph takes effect upon the recovery of the inventory by CIT Small Business Lending Corp. (hereinafter "CIT"), upon receiving permission from CIT or upon November 11, 2009, whichever occurs first.

3) The rejection of the lease for the Debtor's store located at 4005 Kane Avenue, Suite G, McHenry, Illinois (the "Leased Premises") is authorized and approved as of October 5, 2009.

IT IS FURTHER ORDERED that Bankruptcy Rule 4001(a)(3) does not apply to this Order.

ENTER: _____
BANKRUPTCY JUDGE

DATED: NOV 04 2009

CHRISTOPHER H. PURCELL
SHERMAN & SHERMAN
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Atty. for HOME STATE BANK & TRUST Number 4255