## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIZZA SERVICE, LTD., | ) | Case No. 09 B 31208 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing: 11/17/2009 at 10:30 a.m. |

### ORDER ALLOWING AUTHORIZING PAYMENT OF RETAINER TO ACCOUNTANT

This matter came to be heard on the request of the Debtor to pay a retainer to its accountant, whose employment was previously authorized by the Court pursuant to 11 U.S.C. §327(a), proper notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED**:

The Debtor is authorized to deposit an advance retainer of $3,600.00 with Michael Scheiderman and the accounting firm of Schneiderman, Kohn & Winston ("Schneiderman"), with all payments to Schneiderman subject to approval by this Court upon application for fees and reimbursement of expenses.

Dated: NOV 17 2009

BY THE COURT:

_____
The Honorable Susan Pierson Sonderby
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram and Peter L. Berk