B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re __PIZZA SERVICE, LTD.__,    Case No. __09 B 31208__
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __OCTOBER 2009__    Date filed: __11/18/2009__

Line of Business: __RETAIL FOOD SERVICE__    NAISC Code: __722210__

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

__KEVIN CRONIN__
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 104,380

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 400
Cash on Hand at End of Month $ 400

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ 15,731

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 104,286

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 104,380
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 104,286

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH $ 94

B 25C (Official Form 25C) (12/08)

Page 3

ACCRUED FOOD - DOMINOS  $19,035
ACCRUED ROYALTIES      "  11,991
ACCRUED WAGES              650

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 31,676

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ -0-

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   41

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   33

## PROFESSIONAL FEES

**BANKRUPTCY RELATED:**

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ -0-

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ ~~3600~~ -0-

**NON-BANKRUPTCY RELATED:**

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ -0-

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ -0-

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected (OCT) | Actual (OCT) | Difference |
|---|---|---|---|
| INCOME | $ 105,000 | $ 104,380 | $ 620 |
| EXPENSES | $ 100,567 | $ 105,206 | $ (4639) |
| CASH PROFIT | $ 4,733 | $ (826) | $ 5259 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:      $ 98,000
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:   $ 95,896
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 2,104

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826 - 0180

October 01, 2009 through October 30, 2009
Account Number: 0000000828695692

00115929 DRE 111 151 30409 - YNNNN T 1 000000000 62 0000
PIZZA SERVICE LTD D/B/A DOMINO'S PIZZA
DEBTOR IN POSSESSION
PO BOX 171
WAUCONDA IL 60084-0171

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## Great news!

Now you can bank wherever you see the Chase sign at more than 15,000 Chase ATMs and over 5,100 branches nationwide. Many branches are open longer hours on Fridays and Saturdays - when you need them most. We're excited to bring you the convenience of full banking access from coast to coast and the most branches and ATM locations in Illinois.

### CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $17,021.51 |
| Deposits and Additions | 183 | 96,528.42 |
| Checks Paid | 70 | - 32,422.58 |
| ATM & Debit Card Withdrawals | 5 | - 980.00 |
| Other Withdrawals, Fees & Charges | 61 | - 66,572.32 |
| Ending Balance | 319 | $13,575.03 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Deposit | $604.00 |
| 10/01 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 792.56 |
| 10/01 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 471.41 |
| 10/02 | Deposit | 619.80 |
| 10/02 | Deposit | 619.07 |
| 10/02 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 618.94 |
| 10/02 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 608.41 |
| 10/02 | American Express Settlement 3122432305  CCD ID: 1134992250 | 38.70 |
| 10/05 | Deposit | 1,806.85 |
| 10/05 | Deposit | 1,655.56 |
| 10/05 | Deposit | 1,511.74 |
| 10/05 | Deposit | 1,495.76 |
| 10/05 | Deposit | 1,249.73 |

**CHASE**

October 01, 2009 through October 30, 2009
Account Number: 000000828695692

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Deposit | 1,049.56 |
| 10/05 | Deposit | 488.15 |
| 10/05 | Deposit Error Correction Increase | 45.00 |
| 10/05 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 800.19 |
| 10/05 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 501.50 |
| 10/05 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 25.00 |
| 10/05 | American Express Settlement 3121660682  CCD ID: 1134992250 | 15.61 |
| 10/05 | Paymentech  Sv Settle 424334559889  CCD ID: 5260020021 | 14.63 |
| 10/06 | Deposit | 480.00 |
| 10/06 | Deposit | 341.66 |
| 10/06 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 1,548.91 |
| 10/06 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 1,034.97 |
| 10/06 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 931.32 |
| 10/06 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 813.57 |
| 10/06 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 567.14 |
| 10/06 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 521.60 |
| 10/06 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 99.48 |
| 10/06 | American Express Settlement 3122432305  CCD ID: 1134992250 | 67.48 |
| 10/06 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 40.60 |
| 10/06 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 37.15 |
| 10/06 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 27.97 |
| 10/06 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 23.00 |
| 10/06 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 21.82 |
| 10/07 | Deposit | 711.25 |
| 10/07 | Deposit | 563.13 |
| 10/07 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 542.31 |
| 10/07 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 277.88 |
| 10/07 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 79.53 |
| 10/07 | American Express Settlement 3122432305  CCD ID: 1134992250 | 46.07 |
| 10/07 | American Express Settlement 3121660682  CCD ID: 1134992250 | 20.68 |
| 10/08 | Deposit | 675.07 |
| 10/08 | Deposit | 553.00 |
| 10/08 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 563.17 |
| 10/08 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 290.46 |
| 10/08 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 10.69 |
| 10/09 | Deposit | 794.00 |
| 10/09 | Deposit | 696.90 |
| 10/09 | Merchant Bnkcd  Deposit  424321448880  CCD ID: 9066396104 | 398.98 |
| 10/09 | Merchant Bnkcd  Deposit  424278591880  CCD ID: 9066396104 | 360.55 |
| 10/13 | Deposit | 1,520.69 |
| 10/13 | Deposit | 1,514.94 |
| 10/13 | Deposit | 1,491.10 |
| 10/13 | Deposit | 1,206.22 |
| 10/13 | Deposit | 982.81 |
| 10/13 | Deposit | 851.65 |
| 10/13 | Deposit | 803.32 |
| 10/13 | Deposit | 559.85 |



# CHASE

October 01, 2009 through October 30, 2009
Account Number: 000000826695692

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/13 | Deposit | 402.90 |
| 10/13 | Deposit | 341.00 |
| 10/13 | Cash Deposit Credit Adjustment | 1.00 |
| 10/13 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 1,086.08 |
| 10/13 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 1,037.34 |
| 10/13 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 905.97 |
| 10/13 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 870.83 |
| 10/13 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 719.88 |
| 10/13 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 717.71 |
| 10/13 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 654.09 |
| 10/13 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 422.78 |
| 10/13 | American Express Settlement 3122432305 CCD ID: 1134992250 | 46.67 |
| 10/13 | American Express Settlement 3122432305 CCD ID: 1134992250 | 41.24 |
| 10/13 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 30.94 |
| 10/13 | American Express Settlement 3122432305 CCD ID: 1134992250 | 30.08 |
| 10/14 | Deposit | 544.36 |
| 10/14 | Deposit | 295.26 |
| 10/14 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 464.55 |
| 10/14 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 419.72 |
| 10/14 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 86.08 |
| 10/14 | American Express Settlement 3121660682 CCD ID: 1134992250 | 46.81 |
| 10/14 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 36.70 |
| 10/14 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 23.00 |
| 10/14 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 21.92 |
| 10/14 | American Express Settlement 3122432305 CCD ID: 1134992250 | 18.83 |
| 10/15 | Deposit | 604.80 |
| 10/15 | Deposit | 423.08 |
| 10/15 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 399.76 |
| 10/15 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 380.43 |
| 10/15 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 22.73 |
| 10/15 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 17.82 |
| 10/16 | Deposit | 619.54 |
| 10/16 | Deposit | 591.42 |
| 10/16 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 352.75 |
| 10/16 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 284.89 |
| 10/19 | Deposit | 1,972.86 |
| 10/19 | Deposit | 1,654.25 |
| 10/19 | Deposit | 1,312.47 |
| 10/19 | Deposit | 1,050.00 |
| 10/19 | Deposit | 853.86 |
| 10/19 | Deposit | 784.48 |
| 10/19 | Deposit | 205.00 |
| 10/19 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 675.54 |
| 10/19 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 658.89 |
| 10/19 | American Express Settlement 3121660682 CCD ID: 1134992250 | 100.09 |
| 10/19 | American Express Settlement 3122432305 CCD ID: 1134992250 | 55.67 |
| 10/19 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 41.91 |

# CHASE

October 01, 2009 through October 30, 2009
Account Number: 000000828695692

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/20 | Deposit | 533.01 |
| 10/20 | Deposit | 426.79 |
| 10/20 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 1,275.33 |
| 10/20 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 1,185.70 |
| 10/20 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 1,105.05 |
| 10/20 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 978.63 |
| 10/20 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 952.51 |
| 10/20 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 856.38 |
| 10/20 | Discover Network Settlement 601101302298696 CCD ID: 1510020270 | 93.39 |
| 10/20 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 23.52 |
| 10/20 | Discover Network Settlement 601101302298696 CCD ID: 1510020270 | 23.18 |
| 10/20 | Discover Network Settlement 601101302298696 CCD ID: 1510020270 | 23.04 |
| 10/20 | American Express Settlement 3122432305   CCD ID: 1134992250 | 19.45 |
| 10/21 | Deposit | 522.99 |
| 10/21 | Deposit | 356.12 |
| 10/21 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 361.48 |
| 10/21 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 255.03 |
| 10/21 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 77.37 |
| 10/21 | American Express Settlement 3121660682   CCD ID: 1134992250 | 54.67 |
| 10/21 | Discover Network Settlement 601101302298696 CCD ID: 1510020270 | 17.82 |
| 10/22 | Deposit | 716.45 |
| 10/22 | Deposit | 569.90 |
| 10/22 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 416.68 |
| 10/22 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 361.46 |
| 10/22 | Discover Network Settlement 601101302298696 CCD ID: 1510020270 | 40.00 |
| 10/22 | American Express Settlement 3121660682   CCD ID: 1134992250 | 17.55 |
| 10/23 | Deposit | 1,086.76 |
| 10/23 | Deposit | 520.65 |
| 10/23 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 600.72 |
| 10/23 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 459.71 |
| 10/23 | Discover Network Settlement 601101302298696 CCD ID: 1510020270 | 30.23 |
| 10/23 | American Express Settlement 3122432305   CCD ID: 1134992250 | 22.41 |
| 10/26 | Deposit | 1,920.46 |
| 10/26 | Deposit | 1,632.06 |
| 10/26 | Deposit | 1,570.70 |
| 10/26 | Deposit | 1,388.99 |
| 10/26 | Deposit | 1,199.72 |
| 10/26 | Deposit | 1,103.43 |
| 10/26 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 662.69 |
| 10/26 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 565.04 |
| 10/26 | American Express Settlement 3121660682   CCD ID: 1134992250 | 49.60 |
| 10/26 | American Express Settlement 3122432305   CCD ID: 1134992250 | 27.85 |
| 10/26 | Discover Network Settlement 601101302298696 CCD ID: 1510020270 | 6.41 |
| 10/27 | Deposit | 462.80 |
| 10/27 | Deposit | 360.00 |
| 10/27 | Merchant Bnkcd   Deposit   424278591880   CCD ID: 9066396104 | 1,171.46 |
| 10/27 | Merchant Bnkcd   Deposit   424321448880   CCD ID: 9066396104 | 1,081.01 |



# CHASE

October 01, 2009 through October 30, 2009
Account Number: 000000828695692

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/27 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 978.84 |
| 10/27 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 916.45 |
| 10/27 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 794.06 |
| 10/27 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 649.36 |
| 10/27 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 135.44 |
| 10/27 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 96.95 |
| 10/27 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 96.59 |
| 10/27 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 51.87 |
| 10/27 | American Express Settlement 3122432305 CCD ID: 1134992250 | 45.55 |
| 10/27 | Discover Network Settlement 601101345294902 CCD ID: 1510020270 | 35.27 |
| 10/27 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 22.04 |
| 10/27 | American Express Settlement 3121660682 CCD ID: 1134992250 | 15.57 |
| 10/28 | Deposit | 645.76 |
| 10/28 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 490.31 |
| 10/28 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 378.88 |
| 10/28 | American Express Settlement 3122432305 CCD ID: 1134992250 | 33.48 |
| 10/28 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 27.37 |
| 10/29 | Deposit | 650.83 |
| 10/29 | Deposit | 507.80 |
| 10/29 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 312.53 |
| 10/29 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 300.36 |
| 10/30 | Deposit | 904.67 |
| 10/30 | Deposit | 515.29 |
| 10/30 | Deposit | 513.57 |
| 10/30 | Merchant Bnkcd Deposit 424321448880 CCD ID: 9066396104 | 357.84 |
| 10/30 | Merchant Bnkcd Deposit 424278591880 CCD ID: 9066396104 | 261.20 |
| 10/30 | Discover Network Settlement 601101302298698 CCD ID: 1510020270 | 54.67 |
| 10/30 | American Express Settlement 3122432305 CCD ID: 1134992250 | 44.37 |
| 10/30 | American Express Settlement 3121660682 CCD ID: 1134992250 | 34.30 |
| **Total Deposits and Additions** | | **$96,528.42** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10007 ^ | | 10/13 | $3,600.00 |
| 10009 * ^ | | 10/08 | 393.50 |
| 10092 * ^ | | 10/16 | 43.00 |
| 10094 * ^ | | 10/07 | 75.78 |
| 10098 * ^ | | 10/07 | 22.36 |
| 10122 * ^ | | 10/05 | 2,143.42 |
| 10123 ^ | | 10/07 | 1,110.83 |
| 10124 ^ | | 10/06 | 248.13 |
| 10125 ^ | | 10/06 | 1,285.69 |
| 10126 ^ | | 10/07 | 80.94 |
| 10127 ^ | | 10/07 | 223.11 |
| 10128 ^ | | 10/06 | 210.37 |



**CHASE**

October 01, 2009 through October 30, 2009
Account Number:  000000828695692

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10129 ^ | | 10/06 | 283.92 |
| 10130 ^ | | 10/06 | 59.09 |
| 10131 ^ | | 10/06 | 164.11 |
| 10132 ^ | | 10/09 | 561.82 |
| 10133 ^ | | 10/07 | 337.19 |
| 10134 ^ | | 10/07 | 504.21 |
| 10135 ^ | | 10/06 | 400.06 |
| 10136 ^ | | 10/06 | 411.06 |
| 10137 ^ | | 10/06 | 292.66 |
| 10138 ^ | | 10/06 | 82.64 |
| 10139 ^ | | 10/06 | 111.43 |
| 10140 ^ | | 10/07 | 111.40 |
| 10141 ^ | | 10/05 | 320.26 |
| 10142 ^ | | 10/05 | 527.53 |
| 10143 ^ | | 10/09 | 286.95 |
| 10144 ^ | | 10/09 | 66.71 |
| 10145 ^ | | 10/07 | 27.79 |
| 10146 ^ | | 10/14 | 108.36 |
| 10147 ^ | | 10/07 | 184.41 |
| 10148 ^ | | 10/07 | 49.82 |
| 10149 ^ | | 10/07 | 51.73 |
| 10150 ^ | | 10/06 | 129.13 |
| 10151 ^ | | 10/06 | 146.31 |
| 10152 ^ | | 10/06 | 194.82 |
| 10153 ^ | | 10/13 | 222.16 |
| 10154 ^ | | 10/01 | 125.17 |
| 10155 ^ | | 10/21 | 5,910.00 |
| 10156 ^ | | 10/20 | 104.94 |
| 10157 ^ | | 10/19 | 398.69 |
| 10158 ^ | | 10/19 | 726.27 |
| 10160 * ^ | | 10/28 | 186.83 |
| 10162 * ^ | | 10/28 | 184.57 |
| 10163 ^ | | 10/29 | 25.93 |
| 10164 ^ | | 10/21 | 172.48 |
| 10165 ^ | | 10/23 | 178.36 |
| 10166 ^ | | 10/23 | 322.13 |
| 10167 ^ | | 10/22 | 195.35 |
| 10168 ^ | | 10/28 | 129.43 |
| 10169 ^ | | 10/22 | 165.09 |
| 10170 ^ | | 10/21 | 292.46 |
| 10171 ^ | | 10/28 | 194.89 |
| 10172 ^ | | 10/19 | 83.09 |
| 10173 ^ | | 10/23 | 244.40 |
| 10174 ^ | | 10/19 | 209.66 |
| 10175 ^ | | 10/20 | 321.14 |
| 10177 * ^ | | 10/21 | 177.39 |




CHASE

October 01, 2009 through October 30, 2009
Account Number: 000000828695692

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10178 ^ | | 10/20 | 558.18 |
| 10179 ^ | | 10/28 | 299.07 |
| 10180 ^ | | 10/22 | 516.94 |
| 10181 ^ | | 10/20 | 413.33 |
| 10182 ^ | | 10/20 | 407.18 |
| 10183 ^ | | 10/21 | 54.52 |
| 10184 ^ | | 10/21 | 288.68 |
| 10185 ^ | | 10/20 | 82.39 |
| 10187 * ^ | | 10/21 | 1,167.66 |
| 10188 ^ | | 10/20 | 1,344.87 |
| 10189 ^ | | 10/19 | 125.17 |
| 10190 ^ | | 10/20 | 1,743.42 |
| **Total Checks Paid** | | | **$32,422.58** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/05 | Card Purchase | 10/03 Usps 16544800633302803 Mundelein IL Card 4894 | $17.50 |
| 10/14 | Card Purchase | 10/13 Domino's Pizza E&S Livoini MI Card 4894 | 495.15 |
| 10/20 | Card Purchase | 10/19 Domino's Pizza E&S Livoini MI Card 4894 | 99.35 |
| 10/23 | Card Purchase | 10/21 Sign Appeal 847-587-4300 IL Card 4894 | 165.00 |
| 10/30 | Non-Chase ATM Withdraw 10/29 US Bank Fox Lake Fox Lake IL Card 4894 | | 203.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$980.00** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/01 | Domino's Pizza Dpl Paymt F6050    CCD ID: 2381741243 | | $2,622.89 |
| 10/01 | Online Payment 632428016 To Gladstone Group I, Inc. | | 2,386.34 |
| 10/01 | Online Payment 632423936 To Roppolo Realty, Inc. | | 2,220.57 |
| 10/01 | Online Payment 632429445 To Nicor Gas | | 183.85 |
| 10/01 | Online Payment 632433098 To U.S. Cellular | | 141.51 |
| 10/02 | Deposited Item Returned    NSF 1St    011980    # of Items00001Ck#:0000002767 Date092809Ck Amt0000003000 Fee001000 | Dep Amt0000000000122460Dep Svc | 30.00 |
| 10/02 | Deposit Item Returned Fee: 01    011980 | # of Items00001 | 10.00 |
| 10/02 | Online Payment 631201706 To Commonwealth Edison | | 824.21 |
| 10/02 | Discover Network Settlement 6011101345294802 CCD ID: 1510020270 | | 23.36 |
| 10/02 | Discover Network Settlement 6011101302298698 CCD ID: 1510020270 | | 8.99 |
| 10/05 | Domino's Pizza Dpl Paymt F6050    CCD ID: 1381741243 | | 5,834.40 |
| 10/05 | Merchant Bnkcd Fee    424321448880    CCD ID: 9066396104 | | 477.32 |

**CHASE**

October 01, 2009 through October 30, 2009
Account Number: 000000828695692

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Merchant Bnkcd Fee  424278591860  CCD ID: 9066396104 | 464.72 |
| 10/06 | Irs  Usataxpymt 270967900522283 CCD ID: 3387702000 | 3,951.01 |
| 10/06 | IL Tax Payment  Idor Debit 09Wdd000253428  CCD ID: 5555566257 | 459.46 |
| 10/07 | Online Payment 636138426 To Illinois Casualty Company | 465.23 |
| 10/07 | Dept of Revenue  Taxpaymnt 036102649714702 CCD ID: X000001100 | 28.00 |
| 10/08 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 2381741243 | 2,586.37 |
| 10/13 | Deposited Item Returned  NSF 1St  002039  # of Items00001Ck#:0000001893  Dep Amt000000000071125Dep Date100709Ck Amt0000002800  Svc Fee001000 | 28.00 |
| 10/13 | Deposit Item Returned Fee: 01  002039  # of Items00001 | 10.00 |
| 10/13 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 1381741243 | 5,803.16 |
| 10/15 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 2381741243 | 2,420.60 |
| 10/15 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 4381741243 | 692.52 |
| 10/15 | Online Payment 640148637 To Blue Cross Blue Shield Illinois | 601.40 |
| 10/15 | Online Payment 640144467 To Waukegan Safe & Lock Services | 170.00 |
| 10/15 | Online Payment 640142742 To Waste Management | 126.95 |
| 10/15 | Online Payment 640136093 To Waukegan Safe & Lock Services | 87.50 |
| 10/15 | Online Payment 640141131 To Terminix-2961 | 40.00 |
| 10/15 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 4381741243 | 8.05 |
| 10/19 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 1381741243 | 7,272.96 |
| 10/20 | Irs  Usataxpymt 270969300142104 CCD ID: 3387702000 | 3,950.12 |
| 10/20 | IL Tax Payment  Idor Debit 09Wdd000279300  CCD ID: 5555566257 | 449.27 |
| 10/21 | Superior Bag Mfg Bank Bags  85714  CCD ID: 1201317002 | 133.13 |
| 10/21 | Dept of Revenue  Taxpaymnt 036102649714702 CCD ID: X000001100 | 57.83 |
| 10/23 | Deposited Item Returned  NSF 1St  003715  # of Items00001Ck#:0000001503  Dep Amt000000000035612Dep Date102109Ck Amt0000004700  Svc Fee001000 | 47.00 |
| 10/23 | Deposit Item Returned Fee: 01  003715  # of Items00001 | 10.00 |
| 10/23 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 2381741243 | 2,536.51 |
| 10/23 | Cybr Collect Blo RCK Return  PPD ID: 1260075002 | 11.00 |
| 10/23 | Cybr Collect Blo RCK Return  PPD ID: 1260075002 | 3.00 |
| 10/26 | Cash Deposit Debit Adjustment | 0.50 |
| 10/26 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 1381741243 | 6,148.73 |
| 10/26 | Online Payment 685343861 To Blue Cross Blue Shield Illinois | 2,306.00 |
| 10/27 | Online Payment 685894069 To Gladstone Group I, Inc. | 2,386.34 |
| 10/27 | Online Payment 685892914 To Roppolo Realty, Inc. | 2,220.57 |
| 10/28 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 4381741243 | 519.60 |
| 10/29 | Domino's Pizza  Dpi Paymt  F6050  CCD ID: 2381741243 | 2,673.81 |
| 10/29 | Online Payment 687146433 To Commonwealth Edison | 550.50 |
| 10/29 | Online Payment 687146434 To Commonwealth Edison | 500.76 |
| 10/29 | Online Payment 687146432 To AT&T | 334.64 |
| 10/29 | Online Payment 687146435 To Comcast | 225.74 |
| 10/29 | Online Payment 687146436 To Nicor Gas | 153.66 |
| 10/29 | Online Payment 687146438 To U.S. Cellular | 131.14 |
| 10/30 | Non-Chase ATM Fee-With | 2.00 |
| 10/30 | Irs  Usataxpymt 270970300694999 CCD ID: 3387702000 | 994.00 |

