IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PIZZA SERVICE, LTD. | ) | Case No. 09-31208 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Chief Judge Susan Pierson Sonderby |
| | ) | |
| | ) | Hearing: December 22, 2009 at 10:00 A.M. |

**ORDER GRANTING FIRST APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM AND PETER L. BERK**

THIS MATTER came to be heard on the First Application for Interim Compensation for Professional Services and for Reimbursement of Expenses of Forrest L. Ingram and Peter L. Berk ("Applicant"). The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Applicant is awarded $11,929.50 of the professional compensation requested for the time period beginning August 25, 2009 and ending November 30, 2009.

2. Applicant is awarded $108.20 for reimbursement of expenses for the time period beginning August 25, 2009 and ending November 30, 2009.

3. Applicant is authorized to apply the amounts remaining in the Debtor's pre-petition fee retainer toward the amounts awarded.

4. The Court directs the Debtor to pay to Applicant the amount of $861.20 toward the amounts awarded.

Dated: DEC 2 2 2009

BY THE COURT:

The Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

This order was prepared by
by Forrest L. Ingram, P.C.