Form 271 (08/06)

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _____Pizza Service, Ltd._____, Case No. 09 B 31208
             Debtor(s)

Last four digits of Social Security No(s).:
Employer's Tax Identification (EID) No(s). [if any]: 36-4250133

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☐ _____
           (name of trustee)
is discharged as trustee of the estate of the above-named debtor;

☒ the chapter ___11___ case of the above-named debtor is closed; ~~and~~

☐ [other provisions as needed]

Date: September 29, 2010

_____
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers.*
Domino's Pizza Franchise Numbers 2794, 2751, and 2961.